UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK V. SPANO,<br><br>          Plaintiff,<br><br>    v.<br><br>MORTGAGEIT, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTREE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-2; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; JEVON FELIX HINK; DAVID MEREDITH WILLIAMS; VERFEO FUNDING, INC.; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:10-CV-02550 JAM-EFB<br><br>ORDER GRANTING MORTGAGEIT'S MOTION TO DISMISS |

    This matter comes before the Court on Defendant MortgageIt, Inc.'s ("MortgageIt") Motion to Dismiss (Doc. 7) Plaintiff Mark Spano ("Plaintiff") Complaint (Doc. 6), pursuant to Federal Rules of Civil Procedure 12(b)(6). Plaintiff did not oppose the Motion to Dismiss.[1] After time to reply to the Motion to Dismiss lapsed,

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g). The hearing was scheduled for November 3, 2010.

1

Plaintiff filed a Motion to Remand to State Court And For Attorney Fees (Doc. 10).

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiffs' counsel, Paul R. Bartlseon, $250.00 unless he shows good cause for his failure to comply with the Local Rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED WITH PREJUDICE and Plaintiff's Motion to Remand to State Court And For Attorney Fees is DENIED because it is now moot. It is further ordered that within ten (10) days of this Order, Paul R. Bartlseon shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: November 17, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE