UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK V. SPANO, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGEIT, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-2; WELLS FARGO BANK, N.A.; NDEX WEST, LLC; JEVON FELIX HINK; DAVID MEREDITH WILLIAMS; VERDEO FUNDING, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:10-CV-02550 JAM-EFB <br><br> ORDER GRANTING VERDEO'S MOTION TO DISMISS FOR LACK OF PROSECUTION PURSUANT TO FEDERAL RULE 41 (A) |

This matter comes before the Court on Defendant Verdeo Funding Inc.'s ("Verdeo") Motion to Dismiss for Lack of Prosecution Pursuant to Federal Rule 41(A) (Doc. #19). Plaintiff Mark Spano ("Plaintiff") does not oppose the Motion to Dismiss for Lack of Prosecution.[1]

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was originally scheduled for November 16, 2011.

1

     Not only did Plaintiff not file an opposition or statement of non-opposition to Verdeo's Motion to Dismiss for Lack of Prosecution, Plaintiff's counsel Paul Bartleson's previously failed to oppose Defendant MortgageIt's Motion to Dismiss.  On November 18, 2010 this Court ordered Mr. Bartleson to pay sanctions of $250 to the Clerk of the Court or submit a statement of good cause explaining his failure to comply with Local Rule 230(c) which requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date (Doc. #13).  Mr. Bartleson did not respond to the Court's Order.  On January 27, 2011, this Court ordered Mr. Bartleson to appear for a hearing to show cause why he failed to comply with the Court's previous Order (Doc. #15).  Mr. Bartleson responded that he was having problems managing his practice (Doc. #15).  Since filing that declaration, Mr. Bartleson has not taken any further action on this case.

     Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules."  Therefore, because Mr. Bartleson failed to comply with Local Rule 239(c) by not responding to Verdeo's Motion to Dismiss for Lack of Prosecution, the Court will sanction Plaintiff's counsel, Paul R. Bartleson, $500.00 unless he shows good cause for his failure to comply with the Local Rules.

## ORDER

     After carefully considering the papers submitted in this matter, it is hereby ordered that Plaintiff's counsel, Paul R.

Bartleson, shall show cause in writing within TEN (10) days of the date of this order why the court should not dismiss this action for lack of prosecution.  If Mr. Bartleson does not respond within TEN (10) days, the Court hereby dismisses this entire matter, with prejudice, for failure to prosecute.  The Clerk shall close the case.

It is further ordered that within TEN (10) days of this Order, Paul R. Bartleson shall either (1) pay sanctions of $500.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his second failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated:  November 10, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE